UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00098 |
| | ) | JUDGE CAMPBELL |
| MARK LOUIS WILKINS, SR. | ) | |

## ORDER

The status conference scheduled for September 23, 2013, at 8:45 a.m. is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE